UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

REV. JEFFREY ALLEN ROWE, )
)
Plaintiff, )
)
vs. )          No. 1:11-cv-00975-SEB-DKL
)
DR. MICHAEL  MITCHEFF, MARY )
MANSFIELD, LISA  GIBSON, DEB )
DOTSON, CHRIS  DEEDS, DR. WILLIAM )
WOLFE, and MELISSA  BAGIENSKI, )
)
Defendants. )

**ENTRY FROM SETTLEMENT CONFERENCE**
**MARCH 24, 2016**
**HON. DENISE K. LARUE, MAGISTRATE JUDGE**

Parties appeared for a settlement conference.  Plaintiff appeared by phone and by

in person counsel, Michele Anderson.  Defendants appeared by representative by phone,

Kathy Franks, and by in person counsel, James Bleeke.  Conference concluded and matter

is now resolved.

Date:  03/25/2016

_Denise K. LaRue_

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

ORVILLE  ROWE, SR
439 S. Linwood Ave.
Evansville, IN 47713

Jeb Adam Crandall
 BLEEKE DILLON CRANDALL PC
jeb@bleekedilloncrandall.com

James F. Bleeke
BLEEKE DILLON CRANDALL PC
jim@bleekedilloncrandall.com

Jeb Adam Crandall
BLEEKE DILLON CRANDALL PC
jeb@bleekedilloncrandall.com

Rachel A. East
BLEEKE DILLON CRANDALL, PC
rachel@bleekedilloncrandall.com

Darren Andrew Craig
FROST BROWN TODD LLC
dcraig@fbtlaw.com

Michele Lorbieski Anderson
FROST BROWN TODD LLC
mlanderson@fbtlaw.com

Brian Lee Park
INDIANA ATTORNEY GENERAL
brian.park@atg.in.gov